# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 207 MAL 2015
:
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v. :
:
:
:
JUSTIN M. CORLISS, :
:
               Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 10th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.